AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

**FILED**

June 09, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ aq _____
DEPUTY

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) |
| ROMO-Rivera, Abraham | ) |

Case No.    **EP:26-MJ-2566-LE(1,2)**

____CO-DEFENDANT MUNOZ-Molinar, Amairani____
*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____June 07, 2026_____ in the county of _____El Paso_____ in the
____Western____ District of _____Texas_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1324 (a)(1)(A)(v)(I), (a)(1)(A)(ii) | Knowing and in reckless disregard of the fact that an alien has come to, entered, and remained in the United States in violation of law, did transport, move, and attempt to transport and move such alien within the United States in furtherance of said violation of law, |

This criminal complaint is based on these facts:

☒ Continued on the attached sheet.

Complaint sworn to telephonically on
____June 09, 2026____ at ____01:04 PM____ and signed
electronically. **FED.R.CRIM.P. 4.1(b)(2)(A)**

_____
*Complainant's signature*

Carlos Valenzuela
*CBP Enforcement Officer*

Sworn to before me and signed in my presence.

Date:  __June 09, 2026_____

_____
*Judge's signature*

City and state: _____El Paso, Texas_____

Laura Enriquez
*United States Magistrate Judge*

**FACTS**

That on or about June 07, 2026, the DEFENDANT, ROMO-Rivera, Abraham and CO-DEFENDANT MUNOZ-Molinar, Amairani both Lawful Permanent Residents, applied for admission into the United States (U.S.) at the Paso Del Norte Port of Entry in El Paso, Texas, located in the Western District of Texas. ROMO-Rivera, Abraham will now be referred to as DEFENDANT (DEF) and MUNOZ-Molinar, Amairani will be referred to as CO-DEFENDANT (CO-DEF).

The DEF was the driver of a black in color Cadillac Escalade bearing New Mexico license plates and was accompanied by five passengers. The DEF and CO-DEF presented to Customs and Border Protection Officer (CBPO) their Lawful Permanent Resident Cards bearing their names, date of births and photographs. The DEF presented on behalf of the female passenger who will now be referred as (female smugglee) a New Mexico Identification Card (I.D.) bearing the name, date of birth and photograph of another individual with the initials of K.V.R and a New Mexico Birth Certificate bearing the same initials and for the minor male (smugglee) a New Mexico Birth Certificate (B.C.) bearing the name, date of birth of another individual with the initials of I.G.R and declared them both to be his son and daughter. CBPO asked the DEF where he was going, and the purpose of their trip to Juarez. The DEF stated they were going back home to Sante Fe New Mexico where they reside and were visiting family in Juarez. CBPO conducted an inspection on the female smugglee who was sitting in the third-row seat was not answering any questions and was avoiding eye contact. CBPO asked the smugglee to show her face and she would just peek and continue to avoid eye contact. CBPO asked the DEF to turn the light on in the vehicle, and he complied but then turn it back off quickly as CBPO was trying to conduct a face to I.D. comparison of the New Mexico I.D. she presented. CBPO flashed her flashlight at the female smugglee to be able to see her, but she would continue to avoid inspection by CBPO. CBPO suspected the female smugglee was a possible false claim to United States Citizen and referred all occupants to vehicle secondary for further inspection.

In vehicle secondary, the DEF and CO-DEF identified the female smugglee and the minor male smugglee as their daughter and son. CBPO conducted an inspection on the female smuglee and noticed that the picture on the New Mexico I.D. did not match the female smuglee. CBPO asked the female smuglee if she was the person on the New Mexico I.D. at which time the female smuglee hesitated for a second and stated she was not and claimed to be a citizen of Mexico born in Aguascalientes, Mexico. At this time, all occupants were escorted to Passport Control Secondary (PCS)for further inspection.

In PCS, the DEF and CO-DEF were served with form I-214 Warning as to Rights (Spanish Version), which they read, understood, signed, and agreed to give a sworn statements without the benefit of counsel. The DEF admitted to CBPO he knew the female smuggle and the minor male smuglee were citizen of Mexico and was aware they did not possess legal documents with which to enter the U.S. The DEF stated he used his own children New Mexico I.D. and B. C's. to smuggled them into the United States and transport them to Santa Fe, New Mexico. The DEF stated he was going to get paid $10,000.00 U.S. Dollars to bring them illegally into the United States. In PCS, CBPO conducted a pat-down search on the CO-DEF and discovered a manila envelope located in the CO-DEF's under wear containing the actual Mexican Birth Certificates and Mexican passports for the female smugglee and minor male smugglee which revealed their true identity. CO-DEF admitted not knowing the female smuglee and minor smuglee and was aware they did not have documents to enter the United States. It was later determined that the female and minor male being smuggled were Mexican nationals not in possession of any legal documents in which to enter, reside or seek employment in the United States.

Because this Affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

## CRIMINAL AND IMMIGRATION RECORD

**CRIMINAL RECORD:**

None

**IMMIGRATION RECORD:**

None.